UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 2 9 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | |
|---|---|---|
| Richard Kirklewski, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 08-0051 |
| | ) | |
| Porchlight, Inc. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff seeks reconsideration of the Order filed January 11, 2008, dismissing this case for lack of subject matter jurisdiction. A motion for reconsideration need not be granted "unless the district court finds that there is an intervening change in controlling law, the availability of new evidence or the need to correct a clear error or prevent manifest injustice." *Firestone v. Firestone*, 76 F.3d 1205, 1208 (D.C. Cir. 1996) (citations and quotation marks omitted). The motion presents no grounds for relief under Fed. R. Civ. P. 59 or 60. Accordingly, it is this 29th day of January 2008,

ORDERED that plaintiff's motion for reconsideration [Dkt. No. 5] is DENIED.

United States District Judge